Argued and submitted September 10, affirmed as modified November 28, 1984

In the Matter of the Marriage of

MAYFIELD,
*Appellant,*
*and*

MAYFIELD,
*Respondent.*

(82-1473-E; CA A32245)

691 P2d 160

Donald F. Myrick, Grants Pass, argued the cause for appellant. On the brief was Donald H. Coulter, and Myrick, Coulter, Seagraves, Myrick & Adams, Grants Pass.

Wally P. Martin, Grants Pass, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

In this dissolution of marriage case, we modify the trial court decree by increasing wife's judgment against husband from $25,000 to $45,000, payable within five years, without interest.

As modified, the decree is affirmed. Costs to appellant.